DOCKET & FILE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SHMUEL LOWENBEIN and
DOVI LOWENBEIN, on behalf of themselves
and all others similarly situated,

              Plaintiff,

-vs-             Case No. 11-CV-3426-KAM-RLM

CAPITAL MANAGEMENT SERVICES, L.P.,

              Defendant.

---

### STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: March 23, 2012        DATED: March 23, 2012

/s/: Adam J. Fishbein, Esq.       /s/: Glenn M. Fjermedal
Adam J. Fishbein, Esq.        Glenn M. Fjermedal, Esq.
483 Chestnut Street         Davidson Fink LLP
Cederhurst, NY 11516        28 East Main Street, Suite 1700
Telephone: (516) 791-4400      Rochester, NY 14614
                 Telephone: (585) 546-6448

Attorney for Plaintiffs         Attorney for Defendant

s/KAM
So Ordered: _____
Kiyo A. Matsumoto
U.S. District Judge
March 23, 2012